■ PEOPLE v DAVID SERAFINI, Defendant. [604 NYS2d 846] — Motion to extend time to take appeal granted. Same Memorandum as in *People v Crum* (197 AD2d 936 [decided herewith]). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.

■ In the Matter of ALFRED BLANCHE, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, Respondent. [604 NYS2d 846] —Motion to extend time to perfect appeal granted upon condition that appellant's records and briefs are filed and served on or before January 3, 1994. Memorandum: An additional 90 days should provide petitioner with sufficient time to prepare a record and brief. No further extensions will be granted. Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.

■ PEOPLE ex rel. JOSEPH KITT, Petitioner, v STATE OF NEW YORK, Respondent. [604 NYS2d 846] —Motion to extend time to take appeal denied as unnecessary. Memorandum: The motion is unnecessary. Because petitioner has not been served with a copy of the judgment to be appealed from, his time to file his notice of appeal has not yet begun to run *(see,* CPLR 5513 [a]). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.

■ WILLIAM B. LAWLESS, III, Appellant, v CITY OF BUFFALO et al., Respondents. [604 NYS2d 844] —Motion for extension of time to file respondent's briefs denied as unnecessary. Memorandum: Respondent's motion for an extension of time to file briefs is unnecessary because appellant has not filed a demand for respondent's brief *(see,* 22 NYCRR 1000.7 [a]). Present— Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed Sept. 17, 1993.)

■ PAUL A. FLAMMER et al., Individually and as Parents and Natural Guardians of LORI FLAMMER, an Infant, Appel-